```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 09958
   ERCELIA ADAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5068

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/04/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   NOTICE ONLY    NOT FILED                .00             .00
CHASE HOME FINANCE       CURRENT MORTG         .00               .00             .00
CHASE HOME FINANCE       SECURED NOT I         .00               .00             .00
CAPITAL ONE              UNSECURED          714.20               .00             .00
GMAC                     SECURED NOT I    11328.72               .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                                .00
TOM VAUGHN               TRUSTEE                                                 .00
DEBTOR REFUND            REFUND                                                  .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          -------------    -------------
TOTALS                         .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 10/23/07              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```